THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Bernard Robinson,       
Appellant.
 
 
 

Appeal From Dorchester County
 Luke N. Brown, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-371
Submitted March 26, 2003  Filed May 
 22, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Walter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

PER CURIAM:  Appellant, John Bernard Robinson, 
 was indicted for and convicted of murder.  The trial judge sentenced Robinson 
 to forty years imprisonment.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.